Saula *v.* National Biscuit Company, Appellant.

Argued March 14, 1967. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Avra N. Pershing, Jr.,* for appellant.

*Charles E. Marker,* with him *Thomas R. Ceraso,* and *Scales and Shaw,* for appellee.

OPINION PER CURIAM, September 26, 1967:
Judgment affirmed.